SUNG-MIN LEE (#025562008)
BARBARA J. HART (*pro hac vice* application forthcoming)
DAVID C. HARRISON (*pro hac vice* application forthcoming)
**LOWEY DANNENBERG COHEN & HART, P.C.**
One North Broadway, Suite 509
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
bhart@lowey.com
dharrison@lowey.com
slee@lowey.com

*Counsel for Movant Amalgamated Bank*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMOTHY M. FORDEN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN PLC, BRENTON L. SAUNDERS, PAUL M. BISARO, MARIA TERESA HILADO, and R. TODD JOYCE,<br><br>Defendants. | Case No: 2:16-cv-09449-SDW-LDW<br><br>CLASS ACTION<br><br>MOVANT AMALGAMATED BANK'S RESPONSE IN SUPPORT OF MOTION BY SJUNDE AP-FONDEN AND UNION ASSET MANAGEMENT HOLDING AG FOR APPOINTMENT OF LEAD PLAINTIFF; CONSOLIDATION OF RELATED ACTIONS; AND APPROVAL OF SELECTION OF COUNSEL<br><br>Motion Day: February 6, 2017<br>Judge: Hon. Susan Davis Wigenton |

*Caption continued on next page*

| | |
|---|---|
| LINA ARSLANIAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>ALLERGAN PLC, ACTAVIS PLC, PAUL M. BISARO, ROBERT TODD JOYCE, BRENTON L. SAUNDERS, and MARIA TERESA HILADO,<br><br>      Defendants. | Case No: 2:17-cv-00002-SDW-LDW<br><br><u>CLASS ACTION</u><br><br>Motion Day: February 6, 2017 |

In response to the Motion for Lead Plaintiff filed by Sjunde AP-Fonden ("AP7") and Union Asset Management Holding AG ("Union") (Dkt. No. 10), Movant Amalgamated Bank, as Trustee for the LongView Collective Investment Fund ("Amalgamated Bank") acknowledges that AP7 and Union have the largest reported loss of all movants and otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure.  15 U.S.C. § 78u-4(a)(3)(B)(i), (iii).  Also, AP7 and Union have selected the qualified firms of Kessler Topaz Meltzer & Check, LLP and Motley Rice LLP as Lead Counsel for the class, and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. as Liaison Counsel for the class.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(v).  Accordingly, Amalgamated Bank supports the appointment of AP7 and Union as Lead Plaintiff and its selection of Lead Counsel.

DATED: January 23, 2017              Respectfully Submitted,

**LOWEY DANNENBERG COHEN
   & HART, P.C.**

/s/ Sung-Min Lee

BARBARA J. HART
(*pro hac vice* application forthcoming)
DAVID C. HARRISON
(*pro hac vice* application forthcoming)
SUNG-MIN LEE (#025562008)
One North Broadway, Suite 509
White Plains, NY 10601
Telephone: (914) 997-0500
bhart@lowey.com

*Counsel for Movant Amalgamated Bank*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 23, 2017, I caused a copy of the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all ECF filers in the above-captioned matter.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 23, 2017.

<div style="margin-left: 40%;">

<u>/s/ Sung-Min Lee</u>
SUNG-MIN LEE

LOWEY DANNENBERG COHEN
   & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
slee@lowey.com

</div>