# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | JAMES A. O'BRIEN III** | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | MICHAEL CROSS |
| | BRIAN H. FENLON | | *CERTIFIED BY THE SUPREME COURT OF | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |
| | | | | +MEMBER FL BAR ONLY |

September 7, 2017

<u>**Via ECF**</u>

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Room MLK2A
50 Walnut Street
Newark, NJ 07101

    Re:    *In re Allergan Generic Drug Pricing Securities Litigation*,
             Civil Action No.: 2:16-cv-09449 (LDW)(SDW)

Dear Judge Wettre:

    We are Liaison Counsel for Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG and the class (collectively, "Plaintiffs") in the above-captioned matter. We write to respectfully request permission to file an over-length brief in opposition to Defendants' Motion to Dismiss the Amended Complaint.

    Plaintiffs respectfully request leave to file a 35 page opposition brief (using 12-point proportional font), which is a 5 page extension of the limit set forth in Local Civil Rule 7.2. We believe that additional pages are necessary to appropriately address the issues raised by Defendants' motion. Defendants' counsel consents to our requested extension.

    If the foregoing is acceptable to the Court, kindly "so order" this letter and have a "filed" copy returned to us via the Court's ECF system.

                         Respectfully submitted,

                         CARELLA, BYRNE, CECCHI,
                         OLSTEIN, BRODY & AGNELLO

                         /s/ James E. Cecchi

                         JAMES E. CECCHI

*So Ordered this 8th day of Sept, 2017*
*Susan D. Wigenton, U.S.D.J.*

cc:    All Counsel of Record (via ECF)