# ReedSmith

Reed Smith LLP
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Tel +1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

Shannon E. McClure
Direct Phone: +1 215 851 8226
Email: smcclure@reedsmith.com

September 25, 2017

**Via Electronic Filing**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Building & Courthouse
Room MLK 4A
50 Walnut Street
Newark, NJ 07102

**Re: In re Allergan Generic Drug Pricing Securities Litigation
Civil Action No.: 2:16-cv-09449 (LDW)(SDW)**

Dear Judge Wettre:

Please be advised that Reed Smith LLP represents Attorneys for Defendants Allergan plc, Brenton L. Saunders, Paul M. Bisaro, Maria Teresa Hilado, R. Todd Joyce, Sigurdur O. Olafsson, David A. Buchen, James H. Bloem, Christopher W. Bodine, Tamar D. Howson, John A. King, Ph.D., Catherine M. Klema, Jiri Michal, Jack Michelson, Patrick J. O'Sullivan, Ronald R. Taylor, Andrew L. Turner, Fred G. Weiss, Nesli Basgo, M.D., and Christopher J. Couglin ("Defendants") in the above-captioned matter. In accordance with Your Honor's Standing Procedures, enclosed are the following documents in support of the Applications for Admission *Pro Hac Vice* of David Burnett, Esq. and Stephen Schweizer, Esq. as counsel on behalf of Defendants in the above-referenced matter:

- Certification of Shannon McClure, Esq. in Support of the Applications for Admission *Pro Hac Vice* of David Burnett, Esq. and Stephen Schweizer, Esq.;

- Certification of David Burnett, Esq. in Support of His Application for *Pro Hac Vice* Admission;

- Certification of Stephen Schweizer, Esq. in Support of His Application for *Pro Hac Vice* Admission; and

- A Proposed Order admitting David Burnett, Esq. and Stephen Schweizer, Esq. *Pro Hac Vice*.

ReedSmith

Counsel for Defendants has conferred with counsel for Plaintiff regarding these applications, and they have consented to same. Thank you for our kind courtesies.

Very truly yours,

Shannon E. McClure

SEM:rp