James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Liaison Counsel for Lead Plaintiffs and
the Class*

Matthew L. Mustokoff
Kimberly A. Justice
Margaret E. Mazzeo
Jonathan F. Neumann
KESSLER TOPAZ
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Co-Lead Counsel for Lead Plaintiffs and
the Class*

John C. Browne
Lauren A. Ormsbee
Abe Alexander
Michael Mathai
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448

*Co-Lead Counsel for Lead Plaintiffs and
the Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE ALLERGAN GENERIC DRUG PRICING SECURITIES LITIGATION | Case No. 2:16-cv-09449 (KSH) (CLW)<br><br>**NOTICE OF UNOPPOSED MOTION TO SUPPLEMENT AND AMEND THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

To:     All Counsel of Record

**PLEASE TAKE NOTICE** that the undersigned attorneys for Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG ("Lead Plaintiffs") move before the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey for an Order pursuant to Federal Rule of Civil Procedure 15, granting Lead Plaintiffs leave to file a Consolidated Second Amended Class Action Complaint in the form attached as Exhibit A to this Motion.

**PLEASE TAKE FURTHER NOTICE** that Defendants do not oppose this motion. A proposed form of Order is also submitted.

Dated: November 22, 2017

Respectfully submitted,

_____/s/ James E. Cecchi_____
James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
decklund@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs and the Class*

Matthew L. Mustokoff
Kimberly A. Justice
Margaret E. Mazzeo
Jonathan F. Neumann
KESSLER TOPAZ
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

mmustokoff@ktmc.com
kjustice@ktmc.com
mmazzeo@ktmc.com
jnewmann@ktmc.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

John C. Browne
Lauren A. Ormsbee
Abe Alexander
Michael Mathai
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448
johnb@blbglaw.com
lauren@blbglaw.com
abe.alexander@blbglaw.com
michael.mathai@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*