# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | 5 BECKER FARM ROAD | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | ROSELAND, N.J. 07068-1739 | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | PHONE (973) 994-1700 | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | FAX (973) 994-1744 | JAMES A. O'BRIEN III** | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | MICHAEL CROSS |
| | BRIAN H. FENLON | | *CERTIFIED BY THE SUPREME COURT OF | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |
| | | | | +MEMBER FL BAR ONLY |

January 31, 2018

**VIA ECF**
The Honorable Katherine S. Hayden
United States District Judge
United States Post Office and Courthouse Building
Newark, New Jersey 07101

The Honorable Cathy L. Waldor
United States Magistrate Judge
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

      Re: *In re Allergan Generic Drug Pricing Sec. Litig.*,
         <u>Civil Action No. 16-9449 (KSH)(CLW)</u>

Dear Judges Hayden and Waldor:

  We write on behalf of Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG ("Lead Plaintiffs"). On May 1, 2017, Lead Plaintiffs filed the Consolidated Amended Class Action Complaint (ECF No. 36) ("Amended Complaint"). Defendants moved to dismiss the Amended Complaint on July 17, 2017 (ECF No. 59) and briefing on Defendants' motion was completed on October 6, 2017 (*see* ECF Nos. 67, 74).

  Thereafter, on November 27, 2017, Judge Waldor entered the Order Approving Lead Plaintiffs' Unopposed Motion to Supplement and Amend the Consolidated Amended Class Action Complaint (ECF No. 81), and on November 28, 2017, Lead Plaintiffs filed their Consolidated Second Amended Class Action Complaint (ECF No. 82) ("Second Amended Complaint"). On November 29, 2017, Judge Waldor entered the Stipulation and Order Governing Briefing Schedule (ECF No. 84). Pursuant to this Order, Defendants filed a motion to dismiss the Second Amended Complaint on January 22, 2018. Lead Plaintiffs' opposition to this motion to dismiss is due by March 23, 2018, and Defendants' reply in further support of their motion is due by April 23, 2018. Accordingly, Defendants' motion to dismiss the Amended Complaint (ECF No. 59) is mooted.

The Honorable Katherine S. Hayden
The Honorable Cathy L. Waldor
February 1, 2018
Page 2

      We thank the Court for its continued attention to this matter. If the Court has any questions, we are available at your convenience.

Respectfully Submitted,

CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi

JAMES E. CECCHI

cc: All counsel (via ECF)

*[Handwritten note:]* Motion to dismiss Amended Complaint (d.e. 59) shall be terminated.

2/1/18 So ordered: [signature] Katharine Hayden