## UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** April 11, 2019
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 16-cv-9449**

UNION ASSETT MANAGEMENT HOLDING, AG

vs.

ALLERGAN PLC, et al

**APPEARANCES:**
James E.Cecchi, Matthew Mustokoff, Margaret Mazzeo, Lauren Ormsbee, and Richard Schirtzer-Attorney's for plaintiff's Timothy M. Forden, Sjunde AP-Fonden, Union Assett Management Holding, AG, et al

Richard Schirtzer, Jesse Bernstein, Leigha Empson, Julia A. Lopez, and Adam Abensohn-Attorney's for defendant's Allergan PLC, Actavis, PLC, et al

**Nature of Proceedings**: Oral argument on Defendant's [ D.E. 87] Motion to Dismiss Plaintiff's Consolidated Second Amended Class Action Complaint
Hearing on motion held.
Motion to Dismiss [D.E. 87] Decision Reserved.
Order to be submitted.

**Time Commenced:  11:00 am**
**Court recess:  1:00-2:00 pm**
**Time Adjourned:    4:30 pm**
**Total time : 4.5**

<u>Christine Melillo, Courtroom Deputy</u>
to the Honorable Katharine S. Hayden, U.S.D.J.