UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ALLERGAN GENERIC DRUG PRICING SECURITIES LITIGATION | Civil Action No. 16-9449 (KSH) (CLW) <br><br> **ORDER** |

Upon consideration of defendants' motion to dismiss the second amended complaint (D.E. 87) under Federal Rule 12(b)(6); the Court having fully considered the parties' submissions, both in writing and in oral argument on April 11, 2019; and for the reasons expressed in the opinion filed herewith,

**IT IS** on this 6th day of August, 2019,

**ORDERED** that the defendants' motion to dismiss is DENIED.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J