**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE ALLERGAN GENERIC DRUG PRICING SECURITIES LITIGATION | Case No. 2:16-cv-09449 (KSH) (CLW)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Upon consideration of Lead Plaintiffs' Motion for Class Certification, the Memorandum of Law and all papers filed in support, and all other pleadings and arguments, and the Court having found that the requirements of Federal Rules of Civil Procedure 23(a), (b)(3) and (g) are satisfied,

**IT IS HEREBY ORDERED THAT**:

1. Lead Plaintiffs' Motion is **GRANTED**;

2. Pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), the Class, as defined in Lead Plaintiffs' Motion are each hereby certified as a class, and this action is certified to proceed as a class action;

3. Lead Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding are appointed as Class Representatives; and

4. Kessler Topaz Meltzer & Check LLP and Bernstein Litowitz Berger & Grossmann LLP are appointed as Class Counsel, and Carella, Byrne, Cecchi, Olstein, Brody & Agnello,

- 2 -

P.C. is appointed as Liaison Counsel.

      **SO ORDERED**.

Dated: _____            _____
                                                Honorable Katharine S. Hayden
                                                United States District Judge