**REED SMITH LLP**
*Formed in the State of Delaware*
Philip W. Danziger, Esq.
C. Neil Gray, Esq. (admitted *pro hac vice*)
Julia A. Lopez, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Adam Abensohn, Esq.
(admitted *pro hac vice*)
Sandra Bresnick, Esq.
(*pro hac vice* forthcoming)
Christopher Kercher, Esq.
(*pro hac vice* forthcoming)
Jesse Bernstein, Esq.
(admitted *pro hac vice*)
Leigha Empson, Esq.
(admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Richard Schirtzer, Esq.
(admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel. (213) 443-3000
Fax (213) 443-3100

*Attorneys for Defendants Allergan plc, Brenton L. Saunders, Paul M. Bisaro, Maria Teresa Hilado, R. Todd Joyce, Sigurdur O. Olafsson, David A. Buchen, James H. Bloem, Christopher W. Bodine, Tamar D. Howson, John A. King, Ph.D., Catherine M. Klema, Jiri Michal, Jack Michelson, Patrick J. O'Sullivan, Ronald R. Taylor, Andrew L. Turner, Fred G. Weiss, Nesli Basgoz, M.D., and Christopher J. Coughlin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE ALLERGAN GENERIC DRUG PRICING SECURITIES LITIGATION | Civil Action No. 2:16-cv-09449 (KSH) (CLW) <br><br> **JOINT STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG ("Plaintiffs") and Defendants Allergan PLC, Brenton L. Saunders, Paul M. Bisaro, Maria Teresa Hilado, R. Todd Joyce, Sigurdur O. Olafsson, David A. Buchen, James H. Bloem, Christopher W. Bodine, Tamar

D. Howson, John A. King, Ph.D., Catherine M. Klema, Jiri Michal, Jack Michelson, Patrick J. O'Sullivan, Ronald R. Taylor, Andrew L. Turner, Fred G. Weiss, Nesli Basgoz, M.D., and Christopher J. Coughlin ("Defendants") respectfully submit this stipulation and proposed order requesting an amendment to the class certification briefing deadlines set in the Court's Order Regarding Amendment to Pretrial Scheduling Order in the above captioned action (Dkt. 142):

WHEREAS, the Court entered the initial Pretrial Scheduling Order in this Action on October 21, 2019 (Dkt. 134);

WHEREAS, the Court entered the Parties' Joint Stipulation and Order Regarding Amended to Pretrial Scheduling Order on March 11, 2020, which granted the Parties' request for a one-week extension of Plaintiffs' deadline to file their Motion for Class Certification and an eleven-week extension of all discovery deadlines (Dkt. 142);

WHEREAS, Plaintiffs filed a Motion for Class Certification on March 20, 2020 (Dkt. 143);

WHEREAS, Defendants requested an eight-week extension of the remaining briefing schedule on Plaintiffs' Motion for Class Certification to ensure Defendants have adequate time to complete discovery related to Plaintiffs' Motion for Class Certification in light of the anticipated delays arising out of the COVID-19 pandemic, and Plaintiffs consent to Defendants' request; and

WHEREAS, the Court conducted a telephonic status conference with the Parties on April 9, 2020, during which the requested modification to the remaining briefing schedule on Plaintiffs' Motion For Class Certification was discussed;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. The Parties respectfully request that the deadlines set forth in the Order Regarding Amendment to Pretrial Scheduling Order be modified as follows:

| Event | Current Date | Revised Date |
|---|---|---|
| Opposition to Motion for Class Certification | June 5, 2020 | July 31, 2020 |
| Reply in Support of Motion for Class Certification | July 24, 2020 | September 18, 2020 |

                                        Respectfully Submitted,

                                        **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C**.

Dated: April 10, 2020                 *s/ James E. Cecchi*_____
                                                  James E. Cecchi
                                                  Donald A. Ecklund
                                                  5 Becker Farm Road
                                                  Roseland, NJ 07068
                                                  Telephone: (973) 994-1700
                                                  Facsimile: (973) 994-1744
                                                  jcecchi@carellabyrne.com
                                                  decklund@carellabyrne.com

                                          *Liaison Counsel for Lead Plaintiffs and the Class*

                                          **KESSLER TOPAZ MELTZER & CHECK, LLP**

Dated: April 10, 2020                 *s/ Matthew L. Mustokoff*_____
                                                  Matthew L. Mustokoff
                                                  Margaret E. Mazzeo
                                                  Jonathan F. Neumann
                                                  280 King of Prussia Road
                                                  Radnor, PA 19087
                                                  Telephone: (610) 667-7706
                                                  Facsimile: (610) 667-7056
                                                  mmustokoff@ktmc.com
                                                  mmazzeo@ktmc.com
                                                  jneumann@ktmc.com

                                          *Co-Lead Counsel for Lead Plaintiffs and the Class*

|  |  |
|---|---|
|  | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| Dated: April 10, 2020 | *s/ John C. Browne*_____ |
|  | John C. Browne |
|  | Lauren Ormsbee |
|  | Michael Mathai |
|  | 1251 Avenue of the Americas |
|  | New York, NY 10020 |
|  | Telephone: (212) 554-1400 |
|  | Facsimile: (212) 554-1448 |
|  | johnb@blbglaw.com |
|  | lauren@blbglaw.com |
|  | michael.mathai@blbglaw.com |
|  |  |
|  | *Co-Lead Counsel for Lead Plaintiffs and the Class* |
|  |  |
|  | **REED SMITH LLP** |
| Dated: April 10, 2020 | *s/ Philip W. Danziger*_____ |
|  | Philip W. Danziger, Esq. |
|  | C. Neil Gray, Esq. (admitted *pro hac vice*) |
|  | Julia A. Lopez, Esq. |
|  | 506 Carnegie Center, Suite 300 |
|  | Princeton, New Jersey 08540 |
|  | Telephone: (609) 987-0050 |
|  | Facsimile: (609) 951-0824 |
|  | pdanziger@reedsmith.com |
|  |  |
|  | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|  | Richard Schirtzer, Esq. |
|  | (admitted *pro hac vice*) |
|  | 865 S. Figueroa St., 10th Floor |
|  | Los Angeles, CA 90017 |
|  | Telephone: (213) 443-3000 |
|  | Facsimile: (213) 443-3100 |
|  |  |
|  | Adam Abensohn, Esq. |
|  | (admitted *pro hac vice*) |
|  | Sandra Bresnick, Esq. |
|  | (*pro hac vice* forthcoming) |
|  | Christopher Kercher, Esq. |
|  | (*pro hac vice* forthcoming) |

>Jesse Bernstein, Esq.
>(admitted *pro hac vice*)
>Leigha Empson, Esq.
>(admitted *pro hac vice*)
>51 Madison Avenue, 22nd Floor
>New York, NY 10010
>Telephone: (212) 849-7000
>Facsimile: (212) 849-7100
>
>*Attorneys for Defendants*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: _____ April 13 , 2020

>*//s Cathy L. Waldor*
>_____
>HON. CATHY L. WALDOR
>UNITED STATES MAGISTRATE JUDGE