UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ALLERGAN GENERIC DRUG PRICING SECURITIES LITIGATION | Civil Action No. 2:16-cv-09449 (KSH) (CLW)<br><br>**JOINT STIPULATION AND ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |

Plaintiffs Sjunde AP-Fonden and Union Asset Management Holding AG ("Plaintiffs") and Defendants Allergan PLC, Brenton L. Saunders, Paul M. Bisaro, Maria Teresa Hilado, R. Todd Joyce, Sigurdur O. Olafsson, David A. Buchen, James H. Bloem, Christopher W. Bodine, Tamar D. Howson, John A. King, Ph.D., Catherine M. Klema, Jiri Michal, Jack Michelson, Patrick J. O'Sullivan, Ronald R. Taylor, Andrew L. Turner, Fred G. Weiss, Nesli Basgoz, M.D., and Christopher J. Coughlin ("Defendants") respectfully submit this stipulation and proposed order jointly requesting an amendment to the class certification briefing deadlines set in the Court's Order Regarding Amendment to Pretrial Scheduling Order in the above captioned action (Dkt. 142), as follows:

WHEREAS, the Court entered the initial Pretrial Scheduling Order in this Action on October 21, 2019 (Dkt. 134);

WHEREAS, the Court entered the Parties' Joint Stipulation and Order Regarding Amendment to Pretrial Scheduling Order on March 11, 2020, which granted the Parties' request for a one-week extension of Plaintiffs' deadline to file their Motion for Class Certification and an eleven-week extension of all discovery deadlines (Dkt. 142);

WHEREAS, Plaintiffs filed a Motion for Class Certification on March 20, 2020 (Dkt. 143);

2

WHEREAS, the Court entered the Parties' Joint Stipulation and Order Regarding Class Certification Briefing on April 13, 2020, which requested an eight-week extension of the remaining briefing schedule on Plaintiffs' Motion for Class Certification and setting Defendants' opposition to be filed on July 31, 2020 and Plaintiffs' reply to be filed on September 18, 2020 (Dkt. 148);

WHEREAS, the Parties agreed to an approximately seven-week additional extension to the remaining briefing schedule to allow for the completion of class-certification discovery; and

WHEREAS, the Court conducted a telephonic status conference with the Parties on July 14, 2020, during which a proposed modification to the remaining briefing schedule on Plaintiffs' Motion For Class Certification was discussed;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. The Parties respectfully request that the deadlines set forth in the Order Regarding Amendment to Pretrial Scheduling Order be modified as follows:

| **Event** | **Current Date** | **Revised Date** |
|---|---|---|
| Opposition to Motion for Class Certification and accompanying rebuttal expert reports | July 31, 2020 | September 21, 2020 |
| Reply in Support of Motion for Class Certification and accompanying reply expert reports | September 18, 2020 | November 9, 2020 |

Respectfully Submitted,

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C**.

| | |
|---|---|
| Dated: July 27, 2020 | *s/ James E. Cecchi*<br>James E. Cecchi<br>Donald A. Ecklund<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>Telephone: (973) 994-1700<br>Facsimile: (973) 994-1744<br>jcecchi@carellabyrne.com<br>decklund@carellabyrne.com<br><br>*Liaison Counsel for Lead Plaintiffs and the Class* |

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

| | |
|---|---|
| Dated: July 27, 2020 | *s/ Matthew L. Mustokoff*<br>Matthew L. Mustokoff<br>Margaret E. Mazzeo<br>Jonathan F. Neumann<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>mmustokoff@ktmc.com<br>mmazzeo@ktmc.com<br>jneumann@ktmc.com<br><br>*Co-Lead Counsel for Lead Plaintiffs and the Class* |

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**

| | |
|---|---|
| Dated: July 27, 2020 | s/ John C. Browne<br>John C. Browne<br>Lauren Ormsbee<br>Michael Mathai<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1448<br>johnb@blbglaw.com<br>lauren@blbglaw.com<br>michael.mathai@blbglaw.com |

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**REED SMITH LLP**

Dated: July 27, 2020

s/ Philip W. Danziger
Philip W. Danziger, Esq.
C. Neil Gray, Esq. (admitted *pro hac vice*)
Julia A. Lopez, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
pdanziger@reedsmith.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Richard Schirtzer, Esq.
(admitted *pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Adam Abensohn, Esq.
(admitted *pro hac vice*)
Sandra Bresnick, Esq.
(*pro hac vice* forthcoming)
Christopher Kercher, Esq.
(*pro hac vice* forthcoming)
Jesse Bernstein, Esq.
(admitted *pro hac vice*)
Leigha Empson, Esq.
(admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendants*

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: _____ July 28 , 2020

5

*//s Cathy L. Waldor*
HON. CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE
