# ReedSmith

**Driving progress through partnership**

**Philip W. Danziger**
Direct Phone: +1 212 549 4675
Email: pdanziger@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540-7839
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

October 12, 2020

<u>Via ECF</u>

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07601

> Re: *In re Allergan Generic Drug Pricing Securities Litig.*, No. 16-cv-9449-KSH-CLW

Dear Judge Waldor:

We, together with Quinn Emanuel Urquhart & Sullivan LLP, represent defendants Allergan plc, Brenton L. Saunders, Paul M. Bisaro, Maria Teresa Hilado, R. Todd Joyce, Sigurdur O. Olafsson, David A. Buchen, James H. Bloem, Christopher W. Bodine, Tamar D. Howson, John A. King, Ph.D., Catherine M. Klema, Jiri Michal, Jack Michelson, Patrick J. O'Sullivan, Ronald R. Taylor, Andrew L. Turner, Fred G. Weiss, Nesli Basgoz, M.D., and Christopher J. Coughlin (collectively, "Defendants") in the above-referenced matter.

We write, with the consent of counsel for Plaintiffs, to respectfully request permission to file a 35-page brief (using 12-point proportional font) in opposition to Plaintiffs' Motion for Class Certification. [ECF No. 143.] We believe that a 5-page extension of the limit set forth in L.Civ.R. 7.2 is necessary to appropriately address the issues raised by Plaintiffs' motion.

As noted, Plaintiffs' counsel has consented to this request. If it meets with Your Honor's approval, we ask for a copy of this letter to be endorsed "So Ordered" and entered upon the docket. We thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

*/s/ Philip W. Danziger*

Philip W. Danziger

SO ORDERED:
HON. KATHARINE S. HAYDEN, U.S.D.J.

OCTOBER 13, 2020

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON RICHMOND ♦
SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino ♦ Office Administrative Partner ♦ A Limited Liability Partnership formed in the State of Delaware

07401-00002/12372547.1                                                                US_ACTIVE-154016354.1-PWDANZIG 10/12/2020 5:09 PM