James E. Cecchi
Donald A. Ecklund
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: JCecchi@carellabyrne.com
Email: DEcklund@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs*
*and the Settlement Class*

**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: ALLERGAN GENERIC DRUG PRICING SECURITIES LITIGATION | Civil Action No. 2:16-9449 (KSH)(CLW) |

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1.1, Plaintiffs are represented by the undersigned counsel and law firms (Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., Kessler Topaz Meltzer & Check, LLP, Bernstein Litowitz Berger & Grossman LLP), and neither Plaintiffs nor their law firms are receiving third-party litigation funding.

Dated: July 21, 2021               Respectfully submitted,

                                   CARELLA, BYRNE, CECCHI,
                                   OLSTEIN, BRODY & AGNELLO, P.C.

                         By:       */s/*James E. Cecchi
                                   James E. Cecchi

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
Matthew L. Mustokoff
Margaret E. Mazzeo
Jonathan F. Neumann
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
mmustokoff@ktmc.com
mmazzeo@ktmc.com
jneumann@ktmc.com

*Co-Lead Counsel for Lead Plaintiffs*
*and the Settlement Class*


**BERNSTEIN LITOWITZ**
 **BERGER & GROSSMANN LLP**
John C. Browne
Lauren A. Ormsbee
Michael M. Mathai
Nicholas R. Gersh
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448
johnb@blbglaw.com
lauren@blbglaw.com
Michael.mathai@blbglaw.com
Nicholas.gersh@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs*
*and the Settlement Class*